IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-01548-PSF-MJW

SHALESHNI LAL,

    Plaintiff,

v.

ALBERTO GONZALES, Attorney General of The United States,
MICHAEL CHERTOFF, Secretary for the Department of Homeland Security ("DHS"),
ROBERT DEVINE, Acting Director for Citizenship and Immigration Services ("CIS"),
MARIO ORTIZ, District Director for the Denver CIS District,

    Defendants.
_____

ORDER
_____

    THIS MATTER is before the Court on Plaintiff's Complaint for Mandamus and Declaratory and Injunctive Relief (Dkt. # 1).  It is

    ORDERED that Defendants shall have up to and including **September 5, 2005** to respond to the Plaintiff's Complaint for Mandamus and Declaratory and Injunctive Relief.

    DATED August 16, 2005.

                      BY THE COURT:

                      s/ Phillip S. Figa
                      Phillip S. Figa
                      United States District Judge